# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2007

132256

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TERRENCE VERNELL WILLIAMS,
     Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132256
COA: 268261
Hillsdale CC: 02-021840-FC

_____/

     On order of the Court, the application for leave to appeal the August 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

     KELLY, J., would remand this case for a hearing pursuant to *People v Ginther*, 390 Mich 436 (1973).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

_____
Clerk

p0117